# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00804-CR

**Robert Wayne Longoria, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2015-514, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The State's brief was originally due December 14, 2017. On counsel's motions, the time for filing was extended to March 15, 2018. The State's counsel has now filed a fourth motion, requesting that the Court extend the time for filing the State's brief. We grant the motion for extension of time and order the State to file a brief no later than April 16, 2018. No further extension of time will be granted and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on March 28, 2018.

Before Chief Justice Rose, Justices Field and Bourland

Do Not Publish